# United States District Court

### DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

NURIA SOLE

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 04-1792-CBS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __12/02 to on or about 3/04__ in __Suffolk__ county, in the _____ District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense)

knowingly and intentionally engage in a conspiracy to distribute, and to possess with intent to distribute, 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and gamma butyrolactone (GBL), a Schedule I controlled substance analogue intended for human use,

in violation of Title __21__ United States Code, Section(s) __802(32), 813, 841(a)(1), & 841(b)(1)(A)__

I further state that I am a(n) __DEA Task Force Agent__ and that this complaint is based on the following
                                                                Official Title
facts:

See Affidavit of DEA Task Force Agent Sean Murray

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

06-22-2004                                             at        Boston, MA
Date                                                                  City and State

Charles B. Swartwood, III
United States Magistrate Judge                          _____
Name & Title of Judicial Officer                              Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.