AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF  MA

| UNITED STATES | EXHIBIT AND WITNESS LIST |
|---|---|
| V. | |
| NURIA SOLE | Case Number:  04-1792-CBS |

| PRESIDING JUDGE SWARTWOOD | PLAINTIFF'S ATTORNEY WEINREB | DEFENDANT'S ATTORNEY SALSBERG |
|---|---|---|
| TRIAL DATE (S) 6/23/2004 | COURT REPORTER 3:40 PM | COURTROOM DEPUTY Roland |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | Witnesses |
| | | 6/23/2004 | | | Shawn Murray |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | Exhibits |
| 1 | | 6/23/2004 | X | X | Complaint & Affidavit |
| | A | 6/23/04 | X | X | Bond |
| | B | 6/23/04 | X | X | Order |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages