AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

*filed in open court 6/23/04 /s/ BR*

## APPEARANCE

Case Number: 04-1792-CBS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  **Nuria Sole**

**For Initial Appearance only**

I certify that I am admitted to practice in this court.

_6-23-04_
Date

_/s/ John Salsberg_
Signature

JOHN SALSBERG    439300
Print Name                           Bar Number

95 Commercial Wharf
Address

Boston    MA    02110
City          State       Zip Code

617 227-7788         227-7706
Phone Number              Fax Number