UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | **CRIMINAL ACTION** |
| vs. ) | **No. 04-1792-CBS** |
| ) | |
| Nuria Sole, ) | |
|     Defendant ) | |

**ORDER**
**June 24, 2004**

**SWARTWOOD, M. J.**

       I.  Nature of the Proceeding

On June 22, 2004, a Criminal Complaint was filed charging Nuria Sole ("Ms. Sole") with conspiracy with intent to distribute 500 grams or more of methamphetamine and GBL in violation of 21 U.S.C. §§ 802(32), 813, 841(a)(1) and 841(b)(1)(A).

Following a probable cause/detention hearing on June 23, 2004, the Pretrial Services Officer assigned to this case recommended that Ms. Sole participate in an in-patient substance abuse assessment program for a period from two weeks to a month at Spectrum House in Westborough, Massachusetts. I accepted that recommendation.

       II.  Conclusion

Ms. Sole is ordered transferred to the custody of Spectrum House personnel for transportation to Spectrum House for an in-patient drug assessment.  Ms. Sole shall remain at Spectrum House until it is determined by Spectrum House personnel that she has successfully completed an in-patient drug assessment and at that time, Ms. Sole shall be returned to this Court for a further hearing on the Government's motion for detention.  In the meantime, Ms. Sole shall obey all rules and regulations at Spectrum House and if she should breach or violate those rules or regulations, then an arrest warrant shall issue forthwith for her arrest for violation of this Order.

/S/CHARLES B. SWARTWOOD, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE