AO 442 (Rev. 5/93) Warrant for Arrest

SCANNED
DATE: 07/19/04
BY: Sry

# United States District Court

DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA

v.

NURIA SOLE

## WARRANT FOR ARREST

CASE NUMBER: 04-1792-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____NURIA SOLE_____
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
conspiracy to distribute, and to possess with intent to distribute, 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and gamma butyrolactone (GBL), a Schedule I controlled substance analogue intended for human use,

in violation of
Title __21__ United States Code, Section(s) __802(32), 813, 841(a)(1) & 8419b)(1)(A)__

CHARLES B. SWARTWOOD, III
Name of Issuing Officer

[Signature]
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

06-22-2004    Boston, Massachusetts
Date and Location

Bail fixed at $ _____  by _____
                                    Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | WARRANT EXECUTED BY DEA NAME AND TITLE OF ARRESTING OFFICER OF THE DEFENDANT ON 06/23/2004 | |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.